Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-0211-RSL |
| Plaintiff, | ) | |
| v. | ) ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| LEANDRE ANTOINE GAINES, | ) | |
| Defendant. | ) ) | |

  THE COURT has considered the defendant's unopposed motion for a continuance of the trial date and the pretrial motions due date.  The Court incorporates by reference the facts set forth in the unopposed motion and, taking into account the exercise of due diligence, finds that a continuance is necessary to ensure adequate time for effective case preparation within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice will be served by ordering a continuance in this case and that these factors outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

  IT IS THEREFORE ORDERED that Defendant's unopposed motion to continue the trial date and pretrial deadlines is GRANTED.  The trial date in this matter is continued from October 3, 2016 to January 17, 2017.  All pretrial motions, including motions in limine, shall be filed no later than December 6, 2016.

IT IS FURTHER ORDERED that the period of time from the date of this order through the new trial date of January 17, 2017 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DONE this 8th day of September, 2016.

Robert S. Lasnik
United States District Judge

Presented by:

s/ *Jesse G. Cantor*
Jesse G. Cantor
Assistant Federal Public Defender
Attorney for Leandre A. Gaines

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PTMs DUE DATE - 2
*U.S. v. Gaines* / No. CR16-9211-RSL