Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-0211-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| LEANDRE ANTOINE GAINES, | ) | |
| Defendant. | ) | |

THE COURT has considered defendant's second unopposed motion for a continuance of the trial date and the pretrial motions due date, Dkt. # 28, along with defendant's second waiver indicating that he has been advised of his individual right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right in order to permit trial to start on April 24, 2017, Dkt. # 27.  The Court incorporates by reference the facts set forth in the unopposed motion and, taking into account the exercise of due diligence, finds that a continuance is necessary to ensure adequate time for effective case preparation within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), given defendant's counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense.  The Court also finds that the ends of justice will be served by ordering a continuance in this

1  case and that these factors outweigh the best interests of the public and the defendant in
2  a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3      IT IS THEREFORE ORDERED that Defendant's unopposed motion to continue
4  the trial date and pretrial deadlines is GRANTED.  The trial date in this matter is
5  continued from January 17, 2017 to April 24, 2017.  All pretrial motions, including
6  motions in limine, shall be filed no later than March 16, 2016.
7      IT IS FURTHER ORDERED that the period of time from the date of this order
8  through the new trial date of April 24, 2017 shall be excludable time pursuant to the
9  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
10
11      DONE this 13th day of December, 2016.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING SECOND UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PTMs DUE DATE - 2
*U.S. v. Gaines* / No. CR16-9211-RSL